**AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

### JUDGMENT IN A CIVIL CASE

Amanda Hawkins, et al.

vs                                    Case No. C2-05-688

Anheuser-Busch, Inc.                  **Judge Frost**
                                      **Magistrate Judge Kemp**

[] **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[] **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.**  This action was decided by the Court without a trial or hearing.

IT IS ORDERED AND ADJUDGED that the Defendants' Motions for Summary Judgment are GRANTED.

Date:  **January 16, 2007**        **James Bonini, Clerk**

    s/ Scott Miller
By Scott Miller /Deputy Clerk